IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ESMERALDA DELGADO, | ) | |
| | ) | Civil Action No. |
|    Plaintiff, | ) | |
| | ) |  1:14-cv-01235-WSD |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| HWY 9 MEX FOOD MART INC., | ) | |
| | ) | |
|    Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Esmeralda Delgado and Defendant Hwy 9 Mex Food Mart Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above captioned action.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 26th day of May, 2015.

**BARRETT & FARAHANY, LLP**

*/s/ Abigail J. Larimer*
Abigail J. Larimer
Georgia Bar No. 999299
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
T: 404.214.0120

**DAVID A. ANTON, P.C.**

*/s/ David A. Anton*
David A. Anton
Georgia Bar No. 020552
2050 Marconi Drive, Suite 300
Alpharetta, GA  30005
T: 770.777.8296

F: 404.214.0125
E: Abigail@bf-llp.com
*Counsel for Plaintiff*

F: 770.777.8297
E: daveanton@mindspring.com
*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ESMERALDA DELGADO, | ) | |
| | ) | Civil Action No. |
|    Plaintiff, | ) | |
| | ) |  1:14-cv-01235-WSD |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| HWY 9 MEX FOOD MART INC., | ) | |
| | ) | |
|    Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record:

David A. Anton
David A. Anton, P.C.
2050 Marconi Drive, Suite 300
Alpharetta, GA  30005

This 26th day of May, 2015.

*/s/ Abigail J. Larimer*
Abigail J. Larimer
Georgia Bar No. 999229